UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL S. MARINO, ESQ.<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>COMMONWEALTH OF MASSACHUSETTS,<br>BY MARK E. NUNNELLY, COMMISSIONER,<br>OF THE DEPARTMENT OF REVENUE,<br>STANZLER LEVINE, LLC<br>STEVEN J. CARREIRO,<br>VIA RESTAURANTS, LLC,<br>GREGORY DEN HERDER,<br>    Defendants, | C.A. No.:16-11031 |

COMPLAINT IN INTERPLEADER

I. **Introduction**

The Plaintiff, Michael S. Marino, Esq., ("Marino") is an attorney licensed to practice law by the Supreme Judicial Court, and a holder of a Court Ordered escrow pursuant to Orders entered in the Suffolk County Superior Court of Massachusetts, C.A. No.: 11-0725 ("Superior Court Action"). Marino is also the recipient of Notices of Levy issued by the Internal Revenue Service ("IRS"), commanding him to pay the IRS the escrow monies, to collect delinquent tax liabilities owed by the Defendants, Via Restaurants, LLC ("Via") and Gregory Den Herder ("Den Herder").

II. **Jurisdiction**

Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331 and 2410(a)(5), and Rule 22 of the Federal Rules of Civil Procedure. Venue is proper pursuant to 28 U.S.C. § 1391.

### III. The Interpleader Stake and Adverse Claims

1. The property at issue in this interpleader is the Court Ordered escrow in amount of $306,308.50[1] ("Escrow") which is held by Marino pursuant to the Superior Court Orders entered on September 24, 2015 and October 6, 2015 ("Superior Court Orders"). (Exhibit 1)

2. On February 4, 2016, Marino received Notices of Levy issued by the IRS commanding him to pay over any and all of the Escrow due to either Via or Den Herder, pursuant to 26 USC § 6332(a).

3. As a result of the IRS's claim over the Escrow, on April 19, 2016, the Superior Court the Defendants to confer with the IRS to determine their respective priorities over the same.

4. After conferring with the United States, acting on behalf of the IRS, the Defendants each assert rights to the Escrow inconsistent with the rights of others.

5. The following adverse claims to the Escrow exist:

a. The United States has alleged that the IRS is the senior lienholder and has priority over the entire Escrow[2] by virtue of its recorded Notices of Federal Tax Liens against both Via and Den Herder, as general partner of Helvetica Group Limited Partnership, pursuant to 26 USC §§ 6321 and 6323.

b. The Commonwealth of Massachusetts, by Mark E. Nunnelly, as Commissioner of the Department of Revenue ("MDOR") has alleged that it is the senior lienholder

---

[1] The Escrow represents judgments against Occupancy Corporation in favor of Via and Den Herder in the amount of $60,820.00 and $135,000.00, respectively, plus statutory interest of twelve percent per annum calculated from February 23, 2011 to October 6, 2015 totaling $306,308.50.

[2] The United States has acknowledged the priority of the attorney's lien over the Escrow, subject to a determination of "reasonable compensation" pursuant to 26 USC § 6323(b)(8). The United States has further acknowledged that the MDOR may have senior priority status over approximately $4,000.00 of the Escrow, possibly more pursuant to a circular priority allocation.

       and has priority over approximately $151,435.65 of the Escrow by virtue of its recorded State Notices of Tax Liens against Den Herder, pursuant to M.G.L. Ch. 62C § 50.

c.   Stanzler Levine, LLC has alleged that it is the senior lienholder and has priority over approximately $145,639.06 of the Escrow by virtue of its notice of attorney's lien pursuant to M.G.L. Ch. 221 § 50.

d.   Carreiro has alleged that he is the senior judgment creditor lienholder and has priority over approximately $301,647.96 of the Escrow by virtue of his judgment creditor status against Via and Den Herder pursuant to 26 USC § 6323(a) and M.G.L. Ch. 62C § 50(b).

e.   Via and Den Herder have alleged that each is the senior judgment creditor lienholder and have priority over the Escrow by virtue of their respective judgment creditor status against Occupancy Corporation pursuant to 26 USC § 6323(a) and M.G.L. Ch. 62C § 50(b).

6.   The United States has not waived its sovereign immunity and it has asserted penalty against Marino if he fails to deliver the Escrow pursuant to the IRS Notices of Levy and 26 USC § 6332.

7.   The Plaintiff makes no claim to the Escrow and stands ready to turn over the same to the Clerk of District Court or to whomever the Court may direct.

WHEREFORE, Plaintiff demands that the Court adjudge:

a.   That Plaintiff is allowed to deposit the sum of $306,308.50 with the Clerk of this Court pursuant to F.R.C.P. Rule 67;

  b. That each of the Defendants be restrained from instituting any action against Plaintiff by reason of the sale or for recovery of any of the funds so deposited;

  c. That the Defendants be required to interplead and settle among themselves their rights to the proceeds, and that Plaintiff be discharged from all liability; and,

  d. That Plaintiff is awarded a counsel fee and its costs to be taxed.

Respectfully submitted,

Michael S. Marino, Esq.,
By his attorneys,


/s/Michael S. Marino
Michael S. Marino, Esq. BBO# 643505
/s/Melissa L. Curley
Melissa L. Curley, Esq. BBO# 655826

Bogue, Moylan + Marino, LLP
55 Pine Street, 5th floor
Providence, RI 02903
(401) 453-0550 phone
(401) 421-7806 fax
mmarino@bmmlegal.com
mcurley@bmmlegal.com

CERTIFICATE OF SERVICE

    I, Melissa Curley, Esq., attorney for the Plaintiff, hereby certify that on this the 3rd day of June 2016, I served a true and accurate copy of the Plaintiff's Complaint in Interpleader via the Court's CM/ECF filing system pursuant to Local Rule 5.2(b) and first class mail upon the following attorneys of record:


Mr. Edward J. Murphy, Esq.
U.S. Department of Justice, Tax Division
Box 55, Ben Franklin Station
Washington, DC 20044
Edward.J.Murphy@usdoj.gov


Mr. John B. O'Donnell, Esq.
Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street, P.O. Box 9565
Boston, MA 02114
odonnellj@dor.state.ma.us

Mr. Liam Floyd, Esq.
**STANZLER LEVINE, LLC** | Attorneys
45 School Street, 2nd Floor
Boston, Massachusetts 02108
lfloyd@stanzlerlevine.com

Mr. Michael B. Cabral, Esq.
Gelerman and Cabral, LLC
6 Beacon Street, Suite 1115
Boston, MA 02108
mcabral@michaelbcabral.com


                                                /s/Melissa L. Curley
                                                Melissa L. Curley