IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL S. MARINO, ESQ., | ) |
| | ) Case No. 1:16-cv-11031-NMG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR ENTRY OF FINAL JUDGMENT

The defendants United States of America, Stanzler Levine, LLC, and Steven J. Carreiro, by undersigned counsel, and with no other party having asserted a claim to payment from the interpleader fund, hereby stipulate and request that the Court enter a final judgment as follows:

1. The $306,308.50 interpleader fund that has been deposited in the Court's registry should be distributed as follows:

   a) To Stanzler Levine, LLC in the amount of $112,323.40;

   b) To the United States of America in the amount of $165,985.10; and,

   c) To Steven J. Carreiro in the amount of $28,000.00.

2. If the interpleader fund has grown since the time of deposit due to interest accruals or otherwise, then any additional funds shall be distributed among the three recipient parties in the same ratio as the distributions set forth in the preceding paragraph.

3. The parties shall bear their own costs, including any attorney's fees (other than to whatever extent the parties choose to apply the above-mentioned distributions toward their costs and attorney's fees).

[Signature page follows]

1

AGREED

| UNITED STATES OF AMERICA | STANZLER LEVINE, LLC, |
| --- | --- |
| Defendant | Defendant |

By its Attorney:  By its Attorney:

/s/ Edward J. Murphy
EDWARD J. MURPHY
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, DC 20044
Telephone: (202) 307-6064
Fax: (202) 514-5238
Email: Edward.J.Murphy@usdoj.gov

Liam C. Floyd (consent)
LIAM C. FLOYD
Stanzler Levine LLC
45 School Street, 2nd Floor
Boston, MA 02108
Telephone: (617) 482-3198
Fax: (617) 482-7375
Email: lfloyd@stanzlerlevine.com

**STEVEN J. CARREIRO**

Defendant

By his Attorney:

/s/ Michael B. Cabral (consent)
MICHAEL B. CABRAL
Gelerman and Cabral, LLC
6 Beacon Street, Suite 1115
Boston, MA 02108
Telephone: (617) 248-9800
Fax: (617) 227-7690
Email: mcabral@gelermancabral.com

Dated: October 14, 2016

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: Nov. 10, 2016

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

I hereby certify that a true copy of the above document was served via the ECF system on counsel for all parties of record on October 14, 2016. /s/ Edward J. Murphy

2